

**FILED**

SEP 1 7 2018

Clerk, U.S. District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE**<br>**SEARCHES OF:**<br><br>**713 South 3rd Street West, Missoula,**<br>**MT 59801, and**<br><br>**521 West Bickford Street Missoula,**<br>**MT 59801 (storage unit rented by**<br>**Stanley Cohen).** | **MJ 18- 54  -M-JCL**<br>**MJ 18- 55  -M-JCL**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that these cases and all pleadings in them,

including the Applications and Affidavits for Search Warrants and Search

Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that these cases are unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an indictment by any defendant related to these search warrants and

1

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this *17th* day of September, 2018.

JEREMIAH C. LYNCH
United States Magistrate Judge