FILED
SEP 26 2018
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 18-54-M-JCL |
|---|---|
| 521 West Bickford Street Missoula, MT 59801 (storage unit rented by Stanley Cohen) | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of September, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1